

FILED BY ___ ___ D.C.

05 JUN -7 PM 2:43

ROBERT R. Di TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

LESLIE HIGH

**JUDGMENT IN A CIVIL CASE**

v.

CORRECTIONS CORPORATION OF AMERICA, et al.

CASE NUMBER:  05-1088-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 06/07/05, this case is hereby DISMISSED without prejudice for failure to exhaust administrative remedies. It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith and if the plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in <u>McGore v. Wigglesworth</u>, 114 F.3d 601, 610-11 (6th Cir. 1997).

APPROVED:

_JAMES D. TODD_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

6/07/05         BY: _____
DATE                DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  6/8/2005 .



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01088 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Leslie High
86372
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT